

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00538-CR

Erasmo **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 413067
Honorable Timothy Johnson, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED December 18, 2013.

_____
Patricia O. Alvarez, Justice